# UNITED STATES BANKRUPCTY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    CURTIS M. HASSELBACHER  :
             SARAH KATHLEEN WISELEY :
                                           :    **Chapter 7**
             **Debtors.**                 :    **No: 13-16505**
                                           :

## PRAECIPE TO CHANGE ADDRESS

To the Clerk of Said Court:

Kindly change the address of both debtors from:

Curtis M. Hasselbacher
Sarah Kathleen Wiseley
29 Meitzler Road
Bechtelsville PA 19505

To:

Curtis M. Hasselbacher
Sarah Kathleen Wiseley
523 8th St.
Gibson City IL 60936

                                            /s/ Everett Cook
                                            Everett Cook, Esquire

Date: August 26, 2016