# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Curtis M. Hasselbacher and Sarah Kathleen Wiseley<br><br>　　　　Debtor(s) | CHAPTER 7<br><br>BKY. NO. 13-16505 REF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

　Kindly enter my appearance on behalf of United States of America, acting through the U.S. Department of Agriculture, Farm Service Agency ("FSA"), as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 7093

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**/s/Thomas Puleo, Esquire**
　　　　　　　　　　　　　　　　　　Thomas Puleo, Esquire
　　　　　　　　　　　　　　　　　　Brian C. Nicholas, Esquire
　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106-1532
　　　　　　　　　　　　　　　　　　(215) 825-6306  FAX (215) 825-6406