THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 7

Curtis M. Hasselbacher :
Sarah Kathleen Wiseley
        Debtors : Bank. No. 13-16505

ORDER

AND NOW, this ____ day of ____ 2017, upon review of the Stipulation Between Robert H. Holber, Esquire, Chapter 7 Trustee, and the above mentioned Debtors, it is hereby ORDERED:

(1) Debtors will file an Amended Schedule C, in accordance with the terms of the Stipulation, on or before ten (10) days after this Order is entered approving said Stipulation;

(2) Debtors are allowed an exemption in the testamentary estate of Carolyn Genevieve Wiseley in the amount of Eight Thousand Nine Hundred Twenty Dollars and Eighty One Cents ($8,920.81);

(3) The Stipulation between the Chapter 7 Trustee and Debtors is Approved.

BY THE COURT:

**Date: February 8, 2017**

_____
U.S. BANKRUPTCY JUDGE