United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Curtis M. Hasselbacher
Sarah Kathleen Wiseley
      Debtors

Case No. 13-16505-ref
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: Lisa      Page 1 of 1      Date Rcvd: Feb 08, 2017
                           Form ID: pdf900     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2017.
db/jdb        Curtis M. Hasselbacher,   Sarah Kathleen Wiseley,   523 8th St.,   Gibson City, IL   60936
aty         +Stuart M. Holber, Esq.,   150 Summer Street,   Haverhill, MA 01830-6032
r           +Sue Deily,   440 S. West End Blvd.,   Quakertown, PA 18951-1490

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2017                                  Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2017 at the address(es) listed below:
           FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
           JOHN EVERETT COOK    on behalf of Debtor Curtis M. Hasselbacher bankruptcy@everettcooklaw.com, G29494@notify.cincompass.com
           JOHN EVERETT COOK    on behalf of Joint Debtor Sarah Kathleen Wiseley bankruptcy@everettcooklaw.com, G29494@notify.cincompass.com
           JOSHUA ISAAC GOLDMAN    on behalf of Creditor    United States of America, acting through the U.S. Department of Agriculture, Farm Service Agency (FSA) bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
           KIMBERLY A. BONNER    on behalf of Creditor    WELLS FARGO BANK, NA amps@manleydeas.com
           LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
           ROBERT H. HOLBER    trustee@holber.com, rholber@ecf.epiqsystems.com
           ROBERT H. HOLBER    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com, rholber@ecf.epiqsystems.com
           THOMAS I. PULEO    on behalf of Creditor    United States of America, acting through the U.S. Department of Agriculture, Farm Service Agency (FSA) tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
           United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                 TOTAL: 10

THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              :     Chapter 7

    Curtis M. Hasselbacher                    :
    Sarah Kathleen Wiseley
            Debtors                       :     Bank. No. 13-16505

ORDER

AND NOW, this _____ day of _____ 2017, upon review of the Stipulation Between Robert H. Holber, Esquire, Chapter 7 Trustee, and the above mentioned Debtors, it is hereby ORDERED:

(1) Debtors will file an Amended Schedule C, in accordance with the terms of the Stipulation, on or before ten (10) days after this Order is entered approving said Stipulation;

(2) Debtors are allowed an exemption in the testamentary estate of Carolyn Genevieve Wiseley in the amount of Eight Thousand Nine Hundred Twenty Dollars and Eighty One Cents ($8,920.81);

(3) The Stipulation between the Chapter 7 Trustee and Debtors is Approved.

BY THE COURT:

**Date: February 8, 2017**

_____
U.S. BANKRUPTCY JUDGE