IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                              :    CHAPTER 7
                                    :
   CURTIS M. HASSELBACHER         :
   SARAH KATHLEEN WISELY          :
                                    :    Bankruptcy No. 13-16505
                                    :
           Debtor(s)           :

## CERTIFICATION OF NO ANSWER OR OBJECTION

I, Robert H. Holber, Esquire, Chapter 7 Trustee, hereby certify that:

1. The Notice of Motion, Response Deadline and Hearing Date as regards Notice of Application for Payment of Fees and Costs for Services Rendered by Counsel, Stuart M. Holber, Esquire to Chapter 7 Trustee was served upon the U.S. Trustee's Office, Debtor's Counsel, John Everett Cook, Esquire, Stuart M. Holber, Esquire and all parties on Debtor's Matrix and claims register, by U.S. Mail, first class, postage prepaid and/or electronic means on October 16, 2017.

2. As of the below noted date, he has received no answer or objection, from any party to the granting of the Order.

Dated: 11/7/17

                                               Robert H. Holber, Esquire
                                               Chapter 7 Trustee
                                               41 East Front Street
                                               Media, PA    19063
                                               (610) 565-5463