*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Curtis M. Hasselbacher and
Sarah Kathleen Wiseley
    Debtor(s)

Case No: 13−16505−ref

Chapter: 7

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Richard E. Fehling , United States Bankruptcy Judge to consider:

Application for Compensation for Services Rendered by Stuart M. Holber, Esquire for Legal Representation of the Chapter 7 Trustee for ROBERT H. HOLBER, Trustee's Attorney, Fee: $9090.00, Expenses: $204.79 Filed by ROBERT H. HOLBER

    on: 11/30/17

    at: 09:30 AM

    in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date: 11/9/17

Timothy B. McGrath
Clerk of Court

135 − 133
Form 167