IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              Chapter 7

    Curtis M. Hasselbacher
    Sarah Kathleen Wiseley
                Debtors              Bank. No. 13-16505

ORDER

AND NOW, upon review of the Application for Payment of Fees and Costs For Services Rendered by Stuart M. Holber, Esquire, and any answers therein, it is hereby ORDERED and DECREED that Stuart M. Holber, Esquire, shall be entitled to payment of Nine Thousand Ninety Dollars ($9,090.00) in fees and Two Hundred Four D.ollars and Seventy Nine Cents ($204.79) in costs regarding his representation of the Chapter 7 Trustee.

11/30/17

                              Richard E. Fehling
                              Judge, United States Bankruptcy Court