United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 13-16505-ref
Curtis M. Hasselbacher Chapter 7
Sarah Kathleen Wiseley
 Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-4 User: Lisa Page 1 of 1 Date Rcvd: Dec 01, 2017
 Form ID: pdf900 Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 02, 2017.
db/jdb Curtis M. Hasselbacher, Sarah Kathleen Wiseley, 523 8th St., Gibson City, IL  60936
aty +Stuart M. Holber, Esq., 150 Summer Street, Haverhill, MA 01830-6032
r +Sue Deily, 440 S. West End Blvd., Quakertown, PA 18951-1490

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE. TOTAL: 0

 ***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2017 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 30, 2017 at the address(es) listed below:
 FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
  ecf_frpa@trustee13.com
 JOHN EVERETT COOK    on behalf of Debtor Curtis M. Hasselbacher bankruptcy@everettcooklaw.com,
  G29494@notify.cincompass.com
 JOHN EVERETT COOK    on behalf of Joint Debtor Sarah Kathleen Wiseley
  bankruptcy@everettcooklaw.com,  G29494@notify.cincompass.com
 JOSHUA ISAAC GOLDMAN    on behalf of Creditor    United States of America, acting through the U.S.
  Department of Agriculture, Farm Service Agency (FSA) bkgroup@kmllawgroup.com,
  bkgroup@kmllawgroup.com
 KIMBERLY A. BONNER    on behalf of Creditor    WELLS FARGO BANK, NA amps@manleydeas.com
 LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
  ecf_frpa@trustee13.com
 ROBERT H. HOLBER    trustee@holber.com,  rholber@ecf.epiqsystems.com
 ROBERT H. HOLBER    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com,
  rholber@ecf.epiqsystems.com
 THOMAS I. PULEO    on behalf of Creditor    United States of America, acting through the U.S.
  Department of Agriculture, Farm Service Agency (FSA) tpuleo@kmllawgroup.com,
  bkgroup@kmllawgroup.com
 United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
 TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                         Chapter 7

    Curtis M. Hasselbacher
    Sarah Kathleen Wiseley
           Debtors                         Bank. No. 13-16505

ORDER

AND NOW, upon review of the Application for Payment of Fees and Costs For Services Rendered by Stuart M. Holber, Esquire, and any answers therein, it is hereby ORDERED and DECREED that Stuart M. Holber, Esquire, shall be entitled to payment of Nine Thousand Ninety Dollars ($9,090.00) in fees and Two Hundred Four D.ollars and Seventy Nine Cents ($204.79) in costs regarding his representation of the Chapter 7 Trustee.

11/30/17                                    [signature]

                              Richard E. Fehling
                              Judge, United States Bankruptcy Court