IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: : Chapter 7

HASSELBACHER, CURTIS M. :
WISELEY, SARAH KATHLEEN

  Debtor : Bankruptcy No. 13-16505

**ORDER APPROVING TRUSTEE'S FINAL REPORT**

AND NOW, this **31** day of **May** 2018, upon consideration of Trustee's Final Report (the "Final Report"), and after notice and hearing,

IT IS HEREBY ORDERED AND DECREED that the Final Report is APPROVED.

BY THE COURT

_____
Richard E. Fehling, Judge