UNITED STATES BANKRUPTCY COURT
Eastern District of Pennsylvania

IN RE:                                   :        CHAPTER 7
HASSELBACHER, CURTIS M.                   :
WISELEY, SARAH KATHLEEN                   :        Bankruptcy No. 13-16505-REF
                        DEBTOR            :

## ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

AND NOW, this **31** day of **May**, 2018, upon consideration of the foregoing

application for compensation, and after notice as prescribed by Bankruptcy Rule 2002 to all

parties in interest, it is ORDERED, that the sum of $5,178.31 is reasonable compensation for the

services rendered in this case by Robert H. Holber, Esquire, Trustee; that such sum does not

exceed the limitations prescribed by Section 326 of the Bankruptcy Code; that $135.77 is

reasonable for actual and necessary expenses advanced by the trustee; and that such sums are

awarded to the trustee.

By the Court:

_____
United States Bankruptcy Judge