United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                            Case No. 13-16505-ref
Curtis M. Hasselbacher                                            Chapter 7
Sarah Kathleen Wiseley
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-4         User: Lisa              Page 1 of 1              Date Rcvd: May 31, 2018
                             Form ID: pdf900         Total Noticed: 3
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 02, 2018.
db/jdb         Curtis M. Hasselbacher,    Sarah Kathleen Wiseley,    523 8th St.,    Gibson City, IL   60936
aty           +Stuart M. Holber, Esq.,    150 Summer Street,    Haverhill, MA 01830-6032
r             +Sue Deily,    440 S. West End Blvd.,    Quakertown, PA 18951-1490
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2018                                   Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 31, 2018 at the address(es) listed below:
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JOHN EVERETT COOK    on behalf of Debtor Curtis M. Hasselbacher bankruptcy@everettcooklaw.com,
               G29494@notify.cincompass.com
              JOHN EVERETT COOK    on behalf of Joint Debtor Sarah Kathleen Wiseley
               bankruptcy@everettcooklaw.com,    G29494@notify.cincompass.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    United States of America, acting through the U.S.
               Department of Agriculture, Farm Service Agency (FSA) bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KIMBERLY A. BONNER    on behalf of Creditor    WELLS FARGO BANK, NA amps@manleydeas.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              ROBERT H. HOLBER    trustee@holber.com,    rholber@ecf.epiqsystems.com
              ROBERT H. HOLBER    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com,
               rholber@ecf.epiqsystems.com
              THOMAS I. PULEO    on behalf of Creditor    United States of America, acting through the U.S.
               Department of Agriculture, Farm Service Agency (FSA) tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 10
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                    :    Chapter 7

HASSELBACHER, CURTIS M.                   :
WISELEY, SARAH KATHLEEN

      Debtor                            :    Bankruptcy No. 13-16505

ORDER APPROVING TRUSTEE'S FINAL REPORT

AND NOW, this **31** day of **May** 2018, upon consideration of Trustee's Final Report (the "Final Report"), and after notice and hearing,

IT IS HEREBY ORDERED AND DECREED that the Final Report is APPROVED.

BY THE COURT

_____
Richard E. Fehling, Judge