United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 13-16505-ref
Curtis M. Hasselbacher                                         Chapter 7
Sarah Kathleen Wiseley
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4         User: Lisa          Page 1 of 1          Date Rcvd: May 31, 2018
                            Form ID: pdf900      Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 02, 2018.
db/jdb        Curtis M. Hasselbacher,    Sarah Kathleen Wiseley,    523 8th St.,    Gibson City, IL   60936
aty          +Stuart M. Holber, Esq.,    150 Summer Street,    Haverhill, MA 01830-6032
r            +Sue Deily,    440 S. West End Blvd.,    Quakertown, PA 18951-1490

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                   TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2018                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 31, 2018 at the address(es) listed below:
          FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          JOHN EVERETT COOK    on behalf of Debtor Curtis M. Hasselbacher bankruptcy@everettcooklaw.com,
           G29494@notify.cincompass.com
          JOHN EVERETT COOK    on behalf of Joint Debtor Sarah Kathleen Wiseley
           bankruptcy@everettcooklaw.com,   G29494@notify.cincompass.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor   United States of America, acting through the U.S.
           Department of Agriculture, Farm Service Agency (FSA) bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          KIMBERLY A. BONNER    on behalf of Creditor   WELLS FARGO BANK, NA amps@manleydeas.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          ROBERT H. HOLBER    trustee@holber.com,   rholber@ecf.epiqsystems.com
          ROBERT H. HOLBER    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com,
           rholber@ecf.epiqsystems.com
          THOMAS I. PULEO    on behalf of Creditor   United States of America, acting through the U.S.
           Department of Agriculture, Farm Service Agency (FSA) tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                              TOTAL: 10

UNITED STATES BANKRUPTCY COURT
Eastern District of Pennsylvania

IN RE:                                          :        CHAPTER 7
HASSELBACHER, CURTIS M.                          :
WISELEY, SARAH KATHLEEN                          :        Bankruptcy No. 13-16505-REF
                    DEBTOR                       :

## ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

AND NOW, this **31** day of *May*, 2018, upon consideration of the foregoing

application for compensation, and after notice as prescribed by Bankruptcy Rule 2002 to all

parties in interest, it is ORDERED, that the sum of $5,178.31 is reasonable compensation for the

services rendered in this case by Robert H. Holber, Esquire, Trustee; that such sum does not

exceed the limitations prescribed by Section 326 of the Bankruptcy Code; that $135.77 is

reasonable for actual and necessary expenses advanced by the trustee; and that such sums are

awarded to the trustee.

By the Court:

_____
United States Bankruptcy Judge